UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERIC DOUGLAS WOOD,

      Plaintiff,                         Hon. Arthur J. Tarnow
                                              Magistrate Judge Hon. Virginia Morgan

vs.                                                      No. 04-73226

VANNATTER GROUP, INC.,
a Canadian corporation, H.E.
VANNATTER, LTD., CELOTTO
TOOL AND MOULD, SOLUS
MANUFACTURING, and CMSI,

      Defendants.
_____/

| | |
|---|---|
| RICHARD M. GOODMAN (P14169) | CHARLES C. CHEATHAM (P11815) |
| GOODMAN KALAHAR | CHARLES C. CHEATHAM, P.C. |
| Attorneys for Plaintiff | Attorney for Defendants |
| 1394 E. Jefferson | 555 South Old Woodward |
| Detroit, MI 48207 | Suite 765 |
| (313) 567-6165 | Birmingham, MI 48009 |
| (313) 567-4827 (fax) | (248) 593-1430 |
| | (248) 593-3287 (fax) |
| ROBERT H. WARNER (P21990) | |
| WARNER & HART | JOSEPH E. GRINNAN (P14399) |
| Co-Counsel for Plaintiff | SOMMERS, SCHWARTZ, SILVER |
| 215 E. Hamlin Street |  & SCHWARTZ, P.C. |
| P.O. Box 300 | Attorney of Counsel for Defendants |
| Eaton Rapids, MI 48827 | 2000 Town Center, Suite 900 |
| (517) 663-2771 (phone/fax) | Southfield, MI 48075-1100 |
| | (248) 355-0300 |
| | 248-936-2134 (fax) |

**STIPULATED ORDER GRANTING PLAINTIFF'S MOTION TO STRIKE NOTICE OF NON-PARTY AT FAULT AND IN THE ALTERNATIVE GRANTING DEFENDANTS' MOTION TO FILE NON-PARTY AT FAULT NOTICE, AND ALLOWING PLAINTIFF TO FILE AMENDED COMPLAINT**

        At a session of said Court, held in the
        U.S. Courthouse, Detroit, Michigan,
        on the  20  day of  June , 2006.

        PRESENT: THE HONORABLE   Virginia M. Morgan

Plaintiff having filed a Motion to Strike Defendants' Notice of Non-Party at Fault as to Meridian Technologies, Inc., and the Defendants having included in their response a Motion to Permit the Filing of a Non-Party at Fault Notice as to Meridian Technologies, Inc. and the Court having considered the matter, NOW THEREFORE,

IT IS HEREBY ORDERED that the Defendants' Notice of Non-Party at Fault filed on January 6, 2006 be and it hereby is stricken and held for naught but only as to the allegations concerning Meridian Technologies, Inc.  In all other respects the Notice remains as filed as no objection has been made.

IT IS FURTHER ORDERED that the Defendants' Motion for Leave to File a Non-Party at Fault Notice as to Meridian Technologies be and it hereby is granted, such notice to be filed within 10 days of the date of this Order.

IT IS FURTHER ORDERED that, not later than 45 days after Defendants' filing of its Notice of Non-Party at Fault, as provided above, Plaintiff may file its Amended Complaint adding Meridian Technologies, Inc. as a Co-Defendant.

 s/Virginia M. Morgan
Virginia Morgan, Magistrate Judge

| | |
|---|---|
| I HEREBY STIPULATE TO ENTRY OF THE ABOVE ORDER: | s/ CHARLES C. CHEATHAM (P11815) CHARLES C. CHEATHAM, P.C. Attorney for Defendants |
| s/RICHARD M. GOODMAN (P14169) GOODMAN KALAHAR, P.C. Attorneys for Plaintiff Email: rgoodman@goodmankalahar.com | Email: cheatham@cheathamlaw.net s/ JOSEPH GRINNAN (P14399) Of Counsel for Defendants |