UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERIC DOUGLAS WOOD,   Civil Action No. 04-73226

                Plaintiff,   District Judge Arthur J. Tarnow
vs.   Magistrate Judge Virginia M. Morgan

VANNATER GROUP, INC., et al

                Defendant.
_____/

## ORDER VACATING ORDER TO SHOW CAUSE

On June 5, 2006, this Court entered an Order to Show Cause directing the Plaintiff to show cause by June 14, 2006 why his motion to strike affirmative defenses should not be dismissed for failure to provide the agreed upon order. On June 14, 2006, Plaintiff provided the agreed upon order to the court, therefore,

IT IS HEREBY ORDERED that the Order to Show Cause is VACATED.

SO ORDERED.


Dated:  June 21,2006      s/Virginia M. Morgan
                                                                                    Virginia M. Morgan
                                                                                  United States Magistrate Judge


Copies sent by U. S. Mail and or electronic means this date to:
Charles Cheatam, Richard Goodman and Joseph Grinnan